UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN VALDEZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 04-0950 (RMC) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Defendant's motion for summary judgment [Dkt. # 29] is **GRANTED**, and it is

**FURTHER ORDERED** that **JUDGMENT** shall be entered for Defendant. This case is **DISMISSED** and closed. This is a final appealable Order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

/s/
ROSEMARY M. COLLYER
United States District Judge

Date: February 16, 2007